**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**


SAMANTHA CONNER                                                    PLAINTIFF


VS.                                                    CAUSE NO. <u>3:20CV57-MPM-RP</u>


ALLTIN LLC,
JAMES E. BROOKS,
KEVIN CASTEEL
WILLIE A. "SONNY" SANDERS, IN HIS OFFICIAL CAPACITY AS THE DULY ELECTED
CONSTABLE OF LOWNDES COUNTY, AND  WILLIE A. "SONNY" SANDERS IN HIS
INDIVIDUAL CAPACITY,

                                                    DEFENDANTS.

<u>NOTICE OF CONSTITUTIONAL CHALLENGE TO A STATE STATUTE</u>

    TO: The Attorney General of the State of Mississippi
        C/O Mary Jo Woods
        Special Assistance Attorney General
        Via email at [mwood@ago.ms.gov](mailto:mwood@ago.ms.gov)


    This lawsuit challenges the constitutionality of Miss. Code Ann. §§89-7-31(2), 89-7-35,

and 89-7-45, and seeks a declaratory judgment that Miss. Code Ann. §89-7-35 violates the 14th

Amendment to the U.S. Constitution.  The question of the constitutionality of Miss. Code Ann.

§89-7-35 is raised in Plaintiff Samantha Conner's First Amended Complaint for a Declaratory

Judgment, which alleges that Miss. Code Ann. §89-7-35 violates the 14th Amendment to the U.S.

Constitution, for Compensatory and Punitive Damages for violation of 42 U.S.C. §1983, for

Conversion of Personal Property, Invasion of Privacy, Negligent Infliction of Emotional

Distress, and for Special Damages against ALLTIN LLC, James E. Brooks, Kevin Casteel,

1

Willie A. "Sonny" Sanders, individually and in his capacity as the duly elected Constable of

Lowndes County, Mississippi.

Respectfully Submitted this the 5th day of May, 2020,

Samantha Conner

By: _____/s/ Desiree C. Hensley_____
Desiree Hensley, MSB No.102755
The University of Mississippi
School of Law
Civil Legal Clinic
P.O. Box 111
Oxford, MS 38655
(662 915-6896
(662) 915-7447 (fax)
dhensley@olemiss.edu

CERTIFICATE OF SERVICE

I, Desiree C. Hensley, do hereby certify that I have on this day served a copy of the foregoing Notice of Constitutional Challenge to a State Statute  through their Attorneys of Record via email at the below addresses:

For Willie A. "Sonny" Sanders in his personal and official capacities
Danny Griffith
dgriffith@jlpalaw.com

Katie Portner
kportner@jlpalaw.com

For James E. Brooks, Kevin Casteel, and ALLTIN, LLC
Jack Hayes
jack@stoneandhayes.com

For the Attorney General of the State of Mississippi
Mary Jo Woods
mwood@ago.ms.gov

2

This the 5th day of May, 2020.

_____/s/ Desiree C. Hensley_____
Desiree C. Hensley