# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**SAMANTHA CONNER**                                                     **PLAINTIFF**

**V.**                                            **CIVIL ACTION NO. 3:20-CV-057-MPM-RP**

**ALLTIN, LLC, et al.**                                               **DEFENDANTS**

## ORDER CERTIFYING CONSTITUTIONAL QUESTION

Before the Court is the plaintiff's Notice of Constitutional Challenge to a State Statute. Docket 35. In it, the plaintiff gives notice that her lawsuit challenges the constitutionality of Miss. Code Ann. §§ 89-7-31(2), 89-7-35, and 89-7-45 and seeks a declaratory judgment that Miss. Code Ann. § 89-7-35 violates the 14th Amendment to the U.S. Constitution. *Id.*

Pursuant to Federal Rule of Civil Procedure 5.1(b) and 28 U.S.C. § 2403(b), this Court hereby certifies to the Attorney General of Mississippi that Mississippi Code §§ 89-7-31(2), 89-7-35, and 89-7-45 are statutes affecting the public interest that have been called into question by the plaintiff in this case. The Attorney General may intervene to present evidence, if appropriate, or argument defending the constitutionality of these state statutes. *See* 28 U.S.C. § 2403(b).

A copy of this Order shall be mailed to the Attorney General at P.O. Box 220, Jackson, MS 39205-0220.

**SO ORDERED**, this the 26th day of May, 2020.

                                                  **/s/** Michael P. Mills
                                                  **UNITED STATES DISTRICT JUDGE**
                                                  **NORTHERN DISTRICT OF MISSISSIPPI**