# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

**SAMANTHA CONNER**                                                    **PLAINTIFF**

**v.**                                        **CIVIL ACTION NO. 3:20-CV-57-MPM-RP**

**ALLTIN, LLC.; JAMES E. BROOKS;**
**KEVIN CASTEEL; WILLIE A. "SONNY"**
**SANDERS, in his official capacity as the**
**duly elected constable of Lowndes County,**
**and WILLIE A. "SONNY" SANDERS, in**
**his individual capacity**                                        **DEFENDANTS**

## MOTION FOR JUDGMENT ON THE PLEADINGS

**COMES NOW** Defendant, **WILLIE A. 'SONNY" SANDERS,** in his official and individual capacities, and moves for dismissal of Plaintiff's Federal Law Claims.

1.     Plaintiff filed her Second Amended Complaint on June 17, 2020. **[Doc. 51]**.

2.     In it, she alleges violations of federal law against the Defendant, **WILLIE A. 'SONNY" SANDERS**, in his official and individual capacities.

3.     Plaintiff's Second Amended Complaint fails to allege relief against the Defendant which is plausible on its face.

4.     Moreover, Defendant is entitled to qualified immunity on all Plaintiff's claims. As such, Defendant moves this Court to dismiss the federal law claims in Plaintiff's Second Amended Complaint.

5.     In support of dismissal, an appropriate memorandum of supporting authorities is being filed.

**WHEREFORE,** Defendant **WILLIE A. 'SONNY" SANDERS** prays that the Court dismiss the federal law claims in Plaintiff's Second Amended Complaint pursuant to Fed. R. Civ. Proc. 12(c).

**RESPECTFULLY SUBMITTED** this the 2nd day of October, 2020.

JACKS |GRIFFITH |LUCIANO, P.A.

By:  /s/  ***Bethany A. Tarpley***
Daniel J. Griffith, MS Bar No. 8366
Bethany A. Tarpley, MS Bar No. 104134
Katherine M. Portner, MS Bar No. 105718
Attorneys for Defendant Sanders

Of Counsel:

**JACKS |GRIFFITH| LUCIANO, P.A.**
150 North Sharpe Street
P. O. Box 1209
Cleveland, MS 38732
Phone No. 662-843-6171
FAX No. 662-843-6176
Email: dgriffith@jlpalaw.com

Timothy C. Hudson, Esq.
Board Attorney
Sims and Sims, LLC
P.O. Box 648
Columbus, MS 39703
Phone: (662) 328-2711 ext. 101
Fax: (662) 328-0745
Email: Thudson.simsandsims@yahoo.com

## <u>CERTIFICATE OF SERVICE</u>

I, Bethany A. Tarpley, attorney of record for Defendant Sanders, do hereby certify that I have this day caused a true and correct copy of the above and foregoing *Motion to Dismiss Federal Claims* to be delivered by the ECF Filing System which gave notice to the following:

> Desiree Hensely, Esq.
> Suzette Wafford-Turner, Student Attorney
> Taylor Story, Student Attorney
> The University of Mississippi School of Law
> Civil Legal Clinic
> P.O. Box 111
> Oxford, MS 38655
> Phone: (662) 915-6896
> Email: dhensley@olemiss.edu
> **Attorneys for Plaintiff**
>
> Jack Hayes, Jr., Esq.
> Stone & Hayes
> P.O. Box 166
> Columbus, MS 39703
> Phone: (662) 328-5021
> Email: jack@stoneandhayes.com
> **Attorney for Alltin, LLC, James E. Brooks, and Kevin Casteel**

**DATED** this 2nd day of October, 2020.

/s/ ***Bethany A. Tarpley***
Bethany A. Tarpley

3