IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

SAMANTHA CONNER                                    PLAINTIFF

V.                                           CIVIL ACTION NO. 3:20-CV-57-MPM-RP

ALLTIN LLC, ET AL.                                   DEFENDANTS

## NOTICE

COMES NOW Lynn Fitch, Attorney General of Mississippi, Intervenor in the above styled and numbered cause, by and through counsel, and files this Notice in response to the Court's Order [Doc. 147] entered on November 30, 2021.

1. On November 30, 2021, this Court entered an Order declaring Sections 89-7-31, 89-7-35, and 89-7-41 of the Mississippi Code unconstitutional, and certifying the question of the constitutionality for interlocutory appeal under 28 U.S.C. § 1292(b). [Doc. 147].

2. The Attorney General will not seek an appeal of this Court's interlocutory order entered on November 30, 2021, but reserves the right to appeal any final judgment on the issue of the constitutional validity of any Mississippi statutes.

3. It is the Attorney General's understanding that outside interest groups and/or other individuals may pursue legislative changes to the current eviction statutes in the legislative session commencing January 4, 2022, and this Court has on several occasions encouraged the Mississippi Legislature to pursue a legislative remedy here.

WHEREFORE PREMISES CONSIDERED, Lynn Fitch, the Attorney General of Mississippi, respectfully notifies the Court that she will not seek an interlocutory appeal of this Court's November 30, 2021, Order.

Respectfully submitted, this the 16th day of December, 2021.

        LYNN FITCH,
        Attorney General of Mississippi

        /s/ Mary Jo Woods
        Mary Jo Woods
        Special Assistant Attorney General
        Mississippi Bar No. 10468
        Post Office Box 220
        Jackson, Mississippi 39205-0220
        Telephone: (601) 359-3680
        Facsimile: (601) 359-2003
        Email: Mary.Woods@ago.ms.gov

## CERTIFICATE OF SERVICE

I, Mary Jo Woods, Special Assistant Attorney General of the State of Mississippi, do hereby certify that a true and correct copy of the foregoing document has been filed with the Clerk of the Court using the Court's ECF system, which sent notification of such filing to all counsel of record.

THIS the 16th day of December, 2021.

/s/ Mary Jo Woods
Mary Jo Woods