IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**SAMANTHA CONNER**                                                                                **PLAINTIFF**

**vs.**                                                       **CIVIL ACTION NO. 3:20-CV-057-MPM-RP**

**ALLTIN, LLC, JAMES E. BROOKS, KEVIN CASTEEL,
WILLIE A. "SONNY" SANDERS, IN HIS OFFICIAL
CAPACITY AS THE DULY ELECTED CONSTABLE OF
LOWNDES COUNTY, AND WILLIE A. "SONNY"
SANDERS IN HIS INDIVIDUAL CAPACITY**                   **DEFENDANTS**

**ORDER**

In response to this court's December 20, 2021 briefing order, the parties have submitted their arguments regarding the proper duration of the stay previously entered in this case. In her brief, plaintiff disputes once again that a stay is necessary at all, but, in light of this court's conclusion that one is proper, she agrees with amicus counsel for the Mississippi Apartment Association ("MAA") that "it would be proper to lift the stay on April 2, 2022, at the close of the upcoming Legislative session." [Docket entry 152-1 at 5]. This court agrees, and it therefore orders that the stay of its November 30, 2021 order shall stay in effect until April 2, 2022.[1]

---

[1] This court notes that, in his brief, defendant Sanders requests that this court enter a judgment as to the claims against him now, so that he may be relieved from participation in this case and any appeal as to the dismissal of the claims against him may proceed now. [Docket entry 150-1 at 2]. This court concludes, however, that the issues relating to Sanders' liability touch upon some of the same constitutional issues relevant to the other defendants, and it therefore concludes that it

1

This, the 3rd day of January, 2022.

                                              /s/ Michael P. Mills
                                              UNITED STATES DISTRICT JUDGE
                                              NORTHERN DISTRICT OF MISSISSIPPI

---

would be best for the same Fifth Circuit panel to consider any eventual appeal in this matter, as to all defendants. Sanders' request for the issuance of a final judgment as to the claims against him will therefore be denied.