# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

# NOTICE

**SAMANTHA CONNER**

V.                                          **CASE NO. 3:20CV57 M-P**

**ALLTIN LLC, ET AL.**

**TAKE NOTICE** that a proceeding in this case has been SET for the place, date, and time set forth below:

| Place | Room Number |
|---|---|
| **UNITED STATES FEDERAL BUILDING** <br> **911 JACKSON AVENUE** <br> **OXFORD, MISSISSIPPI 38655** | **COURTROOM 3 EAST-THIRD FLOOR** <br><br> **DATE AND TIME** <br> **MONDAY, AUGUST 29, 2022, 9:40 AM** |

**Type of Proceeding:**

**MVD/JURY TRIAL BEFORE U.S. DISTRICT JUDGE MICHAEL P. MILLS**

DAVID CREWS, Clerk of Court
/s/Sallie Wilkerson
(BY) Sallie Wilkerson - Courtroom Deputy Clerk

DATE: April 27, 2022
To:

Desiree Carole Hensley (electronic notice only)     Bethany A. Tarpley (electronic notice only)

Jordan Hughes (electronic notice only)     Mary Jo Woods (electronic notice only)

Jack H. Hayes, Jr. (electronic notice only)

Kathleen I. Carrington (electronic notice only)

Joshua J. Wiener (electronic notice only)

Katherine Mayo Portner (electronic notice only)

**CONTACT SALLIE WILKERSON AT 662/281-3041 or by email Sallie_Wilkerson@msnd.uscourts.gov**
**IF YOU HAVE ANY QUESTIONS.**