# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

## CIVIL MINUTES

Case No 3:20CV057-MPM-RP    Held:  OXFORD / TELEPHONIC
Style: CONNER V. ALLTIN LLC et al
Date/Time Began 04/28/22 at 10:00 a.m.   Date/Time Ended:  04/28/22 at 10:20 a.m.

　　　　Total Time:  20 minutes

PRESENT:  Honorable **ROY PERCY, MAGISTRATE JUDGE**

　　Deputy Clerk　　　　　　　　　　　　　　Court Reporter

Attorneys for Plaintiff(s):　　　　　　Attorneys for Defendant(s):
Desiree Hensley　　　　　　　　　　　　Joshua Wiener
Jordan Hughes　　　　　　　　　　　　　Rex Shannon

PROCEEDINGS: Status Conference
Held   X    Not Held_____   Canceled _____   Reset _____

Docket Entry:

Conference held. Settlement conference to be set by separate notice.


　　　　　　　　　　　　　　　　　　　　　　DAVID CREWS, CLERK

　　　　　　　　　　　　　　　　　　　　　　 /s/ Rebekah Capps
　　　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　　 Courtroom Clerk